NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SALAHDINE SABREE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5041

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-369, Judge Marian Blank Horn.

---

**ON MOTION**

---

## ORDER

Upon consideration of the appellant's motion for an extension of time, until May 17, 2010, to file the opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 0 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
    Steven J. Abelson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2010

JAN HORBALY
CLERK